# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ALASKA

In re:

LAURA L. DesJARLAIS,

        Debtor.

Case No. A10-00326-DMD
Chapter 13

**Filed On 5/21/10**

## REPORT AND RECOMMENDATION REGARDING THE COURT'S SUA SPONTE MOTION TO WITHDRAW THE REFERENCE

To:    The United States District Court for the District of Alaska

       The Bankruptcy Court has filed a *sua sponte* motion to withdraw the reference of this action to the United States District Court for the District of Alaska. Notice of the motion was duly served. No objections to the motion have been filed.

       Withdrawal of the reference is appropriate because the debtor, Laura L. DesJarlais, is an employee of the United States Bankruptcy Court for the District of Alaska. It would be inappropriate for either bankruptcy judge in this district to hear this case. Further, the cost of importing a bankruptcy judge from another district to hear this matter is prohibitive, given the nature of this proceeding. The United States District Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1334. Withdrawal of the reference from the Bankruptcy Court is therefore warranted.

       The bankruptcy court respectfully recommends that its motion to withdraw the reference be granted.

DATED:  May 21, 2010

BY THE COURT

/s/ Donald MacDonald IV
DONALD MacDONALD IV
United States Bankruptcy Judge

Serve:  L. DesJarlais, Pro Se Debtor
L. Compton, Trustee
U. S. Trustee
Case Manager
United States District Court, D. Alaska
5/21/10